Keith R. KRUEGER, Appellant,

v.

CIVIC ASSOCIATES, INC., Respondent.

No. WD 36436.

Missouri Court of Appeals, Western District.

Aug. 13, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 1, 1985.

Application to Transfer Denied Nov. 21, 1985.

Keith R. Krueger, pro se.

Ronald E. Partee, Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from a judgment on an indemnity agreement. Judgment affirmed. Rule 84.-16(b).

All concur.